IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Crim Nos. |
| DONTAZ LAMONT WILSON | : | BEL-04-558 |
| JOSE DIAZ | : | BEL-98-094 |

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 FEB 26  P 12: 30

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

\*\*\*\*\*

## ORDER

I have received the letter dated February 21, 2008 from the Federal Public Defender regarding the eligibility of Dontaz Lamont Wilson and Jose Diaz for release from incarceration March 3, 2008, due to the retroactive application of the crack cocaine amendments. The United States Attorney is directed to submit to chambers **no later than close of business February 26, 2008** any objections he may have to a time-served sentence reduction for these defendants.

**SO ORDERED** this 26th day of February, 2008.

_____
Benson Everett Legg
Chief Judge

C/M CHAMBERS  2-26-08  to defendant